

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00435-CV

HENRY M. PORTER, JR. AND                                    APPELLANTS
JAMES HAROLD PORTER

V.

WISE COUNTY, TEXAS                                          APPELLEE

----------

### FROM THE 271ST DISTRICT COURT OF WISE COUNTY

----------

### MEMORANDUM OPINION[1]

----------

The trial court signed a final judgment in favor of Appellee Wise County, Texas on July 8, 2013, and Appellants Henry M. Porter Jr. and James Harold Porter filed a notice of appeal from that judgment on December 4, 2013. Because the notice of appeal was untimely, *see* Tex. R. App. P. 26.1, we notified Appellants that the appeal could be dismissed for want of jurisdiction unless they

---

[1]*See* Tex. R. App. P. 47.4.

filed with the court a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. Appellants filed a response, arguing that they did not receive notice of the trial court's judgment, but Appellants are not entitled to an extension pursuant to rule 4.2 (because the period to file the notice of appeal could not have begun more than ninety days after the judgment was signed), and Appellants do not indicate that they are attempting to file a restricted appeal. *See* Tex. R. App. P. 4.2, 30. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: February 20, 2014